**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PAULETTE, DAVID E.           § Case No. 08-26086
      PAULETTE, JERI A.           §
                                  §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,430.00 *(without deducting any secured claims)* | Assets Exempt: $13,180.00 |
| Total Distribution to Claimants: $13,986.93 | Claims Discharged Without Payment: $35,077.90 |
| Total Expenses of Administration: $5,058.15 | |

    3)  Total gross receipts of $ 22,615.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,570.00 (see **Exhibit 2**), yielded net receipts of $19,045.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,058.15 | 5,058.15 | 5,058.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,512.00 | 24,441.83 | 24,441.83 | 13,986.93 |
| **TOTAL DISBURSEMENTS** | $32,512.00 | $29,499.98 | $29,499.98 | $19,045.08 |

    4) This case was originally filed under Chapter 7 on September 30, 2008. The case was pending for 45 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2012    By: /s/CHARLES J. MYLER
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Expected inheritance. 1/6 of proceeds from sale | 1129-000 | 22,614.66 |
| Interest Income | 1270-000 | 0.42 |
| **TOTAL GROSS RECEIPTS** | | **$22,615.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Paulette and Jeri Paulette | Exemption | 8100-002 | 3,570.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,570.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 2,654.51 | 2,654.51 | 2,654.51 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 2,358.75 | 2,358.75 | 2,358.75 |
| Charles J. Myler | 3120-000 | N/A | 19.89 | 19.89 | 19.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,058.15 | 5,058.15 | 5,058.15 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV Funding LLC | 7100-000 | N/A | 9,692.44 | 9,692.44 | 5,546.54 |
| 2 | LVNV Funding LLC | 7100-000 | 3,746.00 | 3,385.10 | 3,385.10 | 1,937.14 |
| 3 | LVNV Funding LLC | 7100-000 | 2,225.00 | 2,693.49 | 2,693.49 | 1,541.36 |
| 4 | LVNV Funding LLC | 7100-000 | 1,918.00 | 1,107.59 | 1,107.59 | 633.82 |
| 5 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 3,579.19 | 3,579.19 | 2,048.20 |
| 6 | Roundup Funding, LLC | 7100-000 | N/A | 1,932.56 | 1,932.56 | 1,105.91 |
| 7 | HSBC Bank Nevada and its Assigns | 7100-000 | N/A | 2,051.46 | 2,051.46 | 1,173.96 |
| NOTFILED | Sams Club | 7100-000 | 996.00 | N/A | N/A | 0.00 |
| NOTFILED | Providian | 7100-000 | 2,547.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club Discover Card | 7100-000 | 1,916.00 | N/A | N/A | 0.00 |
| NOTFILED | Washingtin Mutual | 7100-000 | 7,092.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 1,682.00 | N/A | N/A | 0.00 |
| NOTFILED | Wal-Mart | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Von Maur | 7100-000 | 481.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | DuPage Credit Union | 7100-000 | 4,775.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | 2,844.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspen | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Avenue | 7100-000 | 1,640.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 32,512.00 | 24,441.83 | 24,441.83 | 13,986.93 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-26086  
**Case Name:** PAULETTE, DAVID E.  
PAULETTE, JERI A.  
**Period Ending:** 06/27/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 09/30/08 (f)  
**§341(a) Meeting Date:** 10/27/08  
**Claims Bar Date:** 01/29/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking W/ National City | 300.00 | 0.00 | DA | 0.00 | FA |
| 2 | Security Deposit for Apartment | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. Household Goods & Furnshings | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Expected inheritance. 1/6 of proceeds from sale | 50,000.00 | 46,250.00 | | 22,614.66 | FA |
| 7 | Vehicle:2002 Saturn 300 (34,000 Miles) | 6,305.00 | 0.00 | DA | 0.00 | FA |
| 8 | Vehicle:1995 Mercury Tracer (73,000 Miles) | 825.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.42 | FA |
| 9 | Assets     Totals (Excluding unknown values) | **$59,430.00** | **$46,250.00** | | **$22,615.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

Distribution made 12/2/11

**Initial Projected Date Of Final Report (TFR):** March 31, 2009     **Current Projected Date Of Final Report (TFR):** October 20, 2011  (Actual)

Printed: 06/27/2012 03:41 PM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-26086  
**Case Name:** PAULETTE, DAVID E.  
PAULETTE, JERI A.  
**Taxpayer ID #:** **-***8502  
**Period Ending:** 06/27/12

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/11 | {6} | Chicago Title & Trust Co. | Proceeds of sale of real estate | 1129-000 | 22,614.66 | | 22,614.66 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 22,614.71 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 22,589.71 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 22,589.90 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,590.08 |
| 12/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 22,590.08 |
| 12/02/11 | | To Account #9200******9966 | Transfer to checking | 9999-000 | | 22,590.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,615.08 | 22,615.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 22,590.08 | |
| | | | **Subtotal** | | 22,615.08 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,615.08** | **$25.00** | |

{} Asset reference(s)

Printed: 06/27/2012 03:41 PM V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-26086  
**Case Name:** PAULETTE, DAVID E.  
PAULETTE, JERI A.  
**Taxpayer ID #:** **-***8502  
**Period Ending:** 06/27/12

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/11 | | From Account #9200******9965 | Transfer to checking | 9999-000 | 22,590.08 | | 22,590.08 |
| 12/02/11 | 101 | David Paulette and Jeri Paulette | Exemption | 8100-002 | | 3,570.00 | 19,020.08 |
| 12/02/11 | 102 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $2,358.75, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,358.75 | 16,661.33 |
| 12/02/11 | 103 | CHARLES J. MYLER | Dividend paid 100.00% on $2,654.51, Trustee Compensation; Reference: | 2100-000 | | 2,654.51 | 14,006.82 |
| 12/02/11 | 104 | Charles J. Myler | Dividend paid 100.00% on $19.89, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 19.89 | 13,986.93 |
| 12/02/11 | 105 | LVNV Funding LLC | Dividend paid 57.22% on $9,692.44; Claim# 1; Filed: $9,692.44; Reference: | 7100-000 | | 5,546.54 | 8,440.39 |
| 12/02/11 | 106 | LVNV Funding LLC | Dividend paid 57.22% on $3,385.10; Claim# 2; Filed: $3,385.10; Reference: 5178-0523-4888-0671 | 7100-000 | | 1,937.14 | 6,503.25 |
| 12/02/11 | 107 | LVNV Funding LLC | Dividend paid 57.22% on $2,693.49; Claim# 3; Filed: $2,693.49; Reference: 4121-7416-3264-0111 | 7100-000 | | 1,541.36 | 4,961.89 |
| 12/02/11 | 108 | LVNV Funding LLC | Dividend paid 57.22% on $1,107.59; Claim# 4; Filed: $1,107.59; Reference: 781-260-244-892-4437 | 7100-000 | | 633.82 | 4,328.07 |
| 12/02/11 | 109 | eCAST Settlement Corporation assignee of | Dividend paid 57.22% on $3,579.19; Claim# 5; Filed: $3,579.19; Reference: | 7100-000 | | 2,048.20 | 2,279.87 |
| 12/02/11 | 110 | Roundup Funding, LLC | Dividend paid 57.22% on $1,932.56; Claim# 6; Filed: $1,932.56; Reference: | 7100-000 | | 1,105.91 | 1,173.96 |
| 12/02/11 | 111 | HSBC Bank Nevada and its Assigns | Dividend paid 57.22% on $2,051.46; Claim# 7; Filed: $2,051.46; Reference: | 7100-000 | | 1,173.96 | 0.00 |
| | | | ACCOUNT TOTALS | | 22,590.08 | 22,590.08 | $0.00 |
| | | | Less: Bank Transfers | | 22,590.08 | 0.00 | |
| | | | Subtotal | | 0.00 | 22,590.08 | |
| | | | Less: Payments to Debtors | | | 3,570.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $19,020.08 | |

{} Asset reference(s)

Printed: 06/27/2012 03:41 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-26086  
**Case Name:** PAULETTE, DAVID E.  
PAULETTE, JERI A.  
**Taxpayer ID #:** **-***8502  
**Period Ending:** 06/27/12

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   22,615.08  
Less Payments to Debtor :   3,570.00  
———————  
Net Estate :   $19,045.08

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******99-65 | 22,615.08 | 25.00 | 0.00 |
| Checking # 9200-******99-66 | 0.00 | 19,020.08 | 0.00 |
| | $22,615.08 | $19,045.08 | $0.00 |

{} Asset reference(s)

Printed: 06/27/2012 03:41 PM   V.12.57